# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: Pedro Humberto Schambon, Jr. and Dayana Martinez Schambon (Debtors), | § § § § | CASE NO. 19-52570 |
| DEBTORS | § | CHAPTER 13 |

## NOTICE OF CHANGE OF ADDRESS OF DEBTORS

To all parties in interest:

Please take notice that the address of the Debtors herein, Pedro Humberto Schambon, Jr. and Dayana Martinez Schambon has changed to:

> Pedro Humberto Schambon and Dayana Martinez Schambon
> 500 CR 131
> Nixon, TX 78140

and that all future notices addressed to Debtors, in this case, should be sent to such address.

This change is effective immediately.

RESPECTFULLY SUBMITTED,

**THE BROWN LAW FIRM**

By: /s/ Jerome A. Brown
Jerome A. Brown
FED ID #: 5882
State Bar No. 03140000
13900 Sawyer Ranch Rd.
Dripping Springs, TX 78620
Phone: (512) 306-0092
Facsimile: (512) 521-0711
Email: jerome@brownbankruptcy.com
Counsel for the Debtors

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing document was forwarded by First Class United States Mail, postage prepaid, or by electronic mail from the Clerk of the Court on August 9, 2021, to the following parties-in-interest entitled to notice set forth in Exhibit "A" attached hereto.

    By: /s/ Jerome A. Brown

# EXHIBIT A

Amazon Synchrony Bank
P.O. Box 960013
Orlando, FL 32896-0013

Amazon Synchrony Bank
P.O. Box 965015
Orlando, FL 32896-5015

Austin Food Shed Investors
4101 Medical Parkway #107
Austin, TX 78756-3724

Bealls
Comenity Bank
PO Box 182273
Columbus, OH 43218-2273

Belk/Synchrony Bank
P.O. Box 965028
Orlando, FL 32896-5028

Best Buy
P.O. 790441
St. Louis, MO 63179-0441

CCOF Organic Certification
2155 Delaware Ave
Santa Cruz, CA 95060-5732

Capital One Bank (USA), N.A.
by American InfoSource as agent
4515 N. Santa Fe. Ave.
Oklahoma City, OK 73118-7901

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130-0281

Capital Regular
P.O. Box 60599
City of Industry, CA 91716-0599

Capital Sparkplug
P.O. Box 60599
City of Industry, CA 91716-0599

Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Charlene Hildebrank
135 Lower Seguin Road
Marion, TX 78124-4051

Claiborne B. Gregory, Jr.
636 Lamont Ave
San Antonio, TX 78209-3644

Comenity Bank/Bealls
Po Box 182789
Columbus, OH 43218-2789

Comenity Bank/J.Crew
P.O. Box 182789
Columbus, OH 43218-2789

Comenity Bank/Victoria Secret
P.O. Box 182789
Columbus, OH 43218-2789

Comenitycb/myplacerwds
Po Box 182120
Columbus, OH 43218-2120

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193-8872

Dillards
P.O. Box 14517
Des Moines, IA 50306-3517

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial Servcise LLLC
P.O. Box 15316
Wilmington, DE 19850-5316

Earthwise Organics
13081 State Hwy 172
La Ward, Texas 77970

Eye Associates
P.O. Box 691530
San Antonio, TX 78269-1530

FNA DZ, LLC
Tara LeDay
P O Box 1269
Round Rock, TX 78680-1269

Farm Agency USDA
3251 N. Hwy 123 Bypass
Seguin, TX 78155-7415

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Guadalupe County
c/o Daryl John
307 W. Court Street
Seguin, TX 78155-5701

Guadalupe County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680-1269

Guadalupe County Appraisal Office
3000 N. Austin Street
Seguin, TX 78155-7320

Hunter Kesley - FNA DZ, LLC
7200 N Mopac Expressway Suite 120
Austin, TX 78731

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelpia, PA 19101-7346

Irrigation Mart
200 S Service Rd E
Ruston, LA 71270-3442

JCPenney/Synchrony Bank
P.O. Box 965007
Orlando, FL 32896-5007

Johnnys Seeds
955 Benton Avenue
Winslow, ME 04901-2601

Kia Motors Finance
10550 Talbert Ave
Fountain Valley, CA 92708-6031

Kim Paper
3331 N PanAm Expy
San Antonio, TX 78219-2313

Macys
P.O. Box 8218
Mason, OH 45040-8218

Mercury Card/fb&t/tsys
1415 Warm Springs Rd
Columbus, GA 31904-8366

My Father's Farm
1722 Steffens Road
Seguin, TX 78155-4024

Nordstrom Rack/td Bank Usa
13531 E. Caley Ave
Englewood, CO 80111-6505

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Paul Burrought
339 Sharon Drive
San Antonio, TX 78216-7440

Quantum3 Group LLC as agent for
GPCC I LLC
PO Box 788
Kirkland, WA 98083-0788

REGIONAL MANAGEMENT CORPORATION
979 BATESVILLE ROAD SUITE B
GREER, SC 29651-6819

Regional Finance 0597
979 West Batesville Rd Suite B
Greer, SC 29650

Robert Maggiani
3071 FM 1044
New Braunfels, TX 78130-9030

Schambon Family
1600 NW 1st Ave, Apt. 2708
Miami, FL 33132

Security Service Federal Credit Union
P.O. Box 691510
San Antonio, TX 78269-1510

Solid Rock Hauling
377 Copper Bluff Dr
New Braunfels, Texas 78130-2581

TJMAXX/Synchrony Bank
P.O. Box 965015
Orlando, FL 32896-5015

Tbom/Milestone
P.O. Box 4499
Beaverton, OR 97076-4499

Td Bank Usa/Target Cred
P.O. Box 673
Minneapolis, MN 55440-0673

Texas Workforce Commission
P.O. Box 12548, MC-008
Austin, TX 78711-2548

Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

Trekker, Ltd.
636 Lamont Ave
San Antonio, TX 78209-3644

Trekker, Ltd.
c/o Claiborne B. Gregory, Jr.
636 Lamont Avenue
San Antonio, Texas 78209-3644

US Attorney
Civil Process Clerk
Internal Revenue Service
601 NW Loop 410, Ste 600
San Antonio, TX 78216-5597

Ulises Noriega
P.O. Box 120412
San Antonio, TX 78212-9612

United States Attorney
Internal Revenue Service
601 NW Loop 410 Ste 600
San Antonio, TX 78216-5512

United States Attorney General
Internal Revenue Service
950 Pennsylvania Ave. NW
Washington, DC 20530-0009

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

United States of America, USDA-FSA
2405 Texas Ave South
College Station, TX 77840-4699

Walmart/Synchrony Bank
P.O. Box 530927
Atlanta, GA 30353-0927

Walmart/Synchrony Bank
P.O. Box 965002
Orlando, FL 32896-5022

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Dayana Martinez Schambon
1722 Steffens Road
Seguin, TX 78155-4024

Mary K Viegelahn
Chapter 12 Trustee
10500 Heritage Blvd Suite 201
San Antonio, TX 78216-3631

Pedro Humberto Schambon Jr.
1722 Steffens Road
Seguin, TX 78155-4024